UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )          BK No.:    12-12757
DONALD L. CHATMAN                          )
LINDA CHATMAN,                             )
                                          )          Chapter:  11
                                          )          Honorable Carol A. Doyle
                                          )
          Debtor(s)                        )

**ORDER CONVERTING CASE UNDER CHAPTER 11 TO CASE UNDER CHAPTER 7**

The United States Trustee shall serve copies of this order on the Debtors and all professionals known to him who performed services in connection with this Chapter 11 case and shall file a proof of such service.

This case is before the Court on the United States Trustee's motion under 11 U.S.C. § 1112(b) to convert this Chapter 11 case to a case under Chapter 7 of the United States Bankruptcy Code, 11 U.S. C., §§ 101 et seq, or, in the alternative, to dismiss this case. After notice and a hearing, the Court orders as follows:

1. This case is converted to a case under Chapter 7;

2. The Debtors shall,
   a. On or before _Sept 27_, 2012, account for and turn over to the Chapter 7 Trustee all records and property of the estate under its custody and control as required by Fed. R. Bankr. P. 1010(4);

   b. On or before _Sept 27_, 2012, file schedules of all unpaid debts incurred after the commencement of the Chapter 11 case (including the names and addresses of all creditors) as required by Fed. R. Bankr. P. 1019(5);

   c. On or before _Sept 27_, 2012, file a final report and account as required by Fed. R. Bankr. P. 1019(5); and

   d. Within 14 days after the entry of this order, file the statement and schedules required by Fed. R. Bankr. P. 1019(1) and 1007(b), if such documents have not already been filed.

3. This matter is set for a status hearing on _Nov 14, 2012_ at _10:30_ AM/~~PM~~. At _in Courtroom 742, 219 S. Dearborn St., Chicago, Illinois_ that hearing, the Court will determine whether the Debtors have complied with this order and, if not, consider any requests for further relief or sanctions against the Debtors as may be required to secure compliance with this order.

Rev: 20120501_bko

Enter:

United States Bankruptcy Judge

Dated:   9/13/12

**Prepared by:**

Kathryn Gleason
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn Street, Room 873
Chicago, IL 60604