## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Donald L. Chatman | ) | |
| Linda C. Chatman | ) | Case No. 12-12757 |
| | ) | |
| Debtor | ) | Judge  Doyle |

## FINAL REPORT OF DEBTOR IN POSSESSION

Donald L. Chatman and Linda C. Chatman, by and through their attorney, Karen J. Porter, for their final report pursuant to Bankruptcy Rule 1019(5) states as follows

1. Debtors commenced a voluntary chapter 11 bankruptcy case on March 29, 2012.

2. On September 13, 2012, the court entered an order converting the chapter 11 case to one under chapter 7.

3. The Debtors incurred the following debts after the commencement of the case:

   A.  Karen J. Porter
        Porter Law Network
       230 West Monroe, Suite 240
       Chicago, Il 60606
       Administrative Claim for Legal Services

   B.  Robert Ward
        Boulder Tax & Accounting
       3077 West Jefferson St, Suite 207
       Joliet Il, 60435
       Administrative Claim for Accounting Services

  C. GE Appliance Parts
   6419 Shelby View Drive, Ste 110
   Attn: Linda Moxley Credits Dept.
   Memphis, TN 38134
   $67.29

         DONALD L. CHATMAN
         LINDA C. CHATMAN
         By:  _/S/Karen J. Porter_____
         Karen J. Porter

Karen J. Porter
Atty No. 6188626
**PORTER LAW NETWORK**
230 West Monroe, Suite 240
Chicago, Il 60606
312-372-4400
Fax 312-372-4160