# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
DONALD L CHATMAN § Case No. 12-12757
LINDA C CHATMAN §
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter  of the United States Bankruptcy Code was filed on            . The case was converted to one under Chapter 7 on            . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was ___. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/GREGG SZILAGYI_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-12757 | CAD | Judge: | Carol A. Doyle | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | DONALD L CHATMAN | | | | Date Filed (f) or Converted (c): | 09/13/2012 (c) |
| | LINDA C CHATMAN | | | | 341(a) Meeting Date: | |
| For Period Ending: | 02/24/2015 | | | | Claims Bar Date: | 08/29/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING, SAVINGS, ETC. -- CHASE DIP ACCT PROCEEDS OF 155 N | 225,217.56 | 0.00 | | 197,008.83 | FA |
| 2. CLAIMS AGAINST IRA MARCUS AND MARCUS & BOXERMAN | 0.00 | 0.00 | | 40,000.00 | FA |
| 3. REAL ESTATE 111 N WABASH SUITE 1210 CHCIAGO IL | 100,000.00 | 0.00 | | 0.00 | FA |
| 4. REAL ESTATE 155 N HARBOR DRIVE CHGO IL | 1,100,000.00 | 0.00 | | 0.00 | FA |
| 5. REAL ESTATE 1/3 INTEREST IN HUSBAND'S MOTHERS HOUSE IN KENTU | 0.00 | 0.00 | | 0.00 | FA |
| 6. CASH | 3,500.00 | 1,000.00 | | 0.00 | FA |
| 7. CHECKING, SAVINGS, ETC. NORTHERN TRUST | 100.00 | 100.00 | | 0.00 | FA |
| 8. CHECKING, SAVINGS, ETC. NORTHERN | 510.00 | 510.00 | | 0.00 | FA |
| 9. HOUSEHOLD GOODS AND FURNISHINGS | 8,000.00 | 3,500.00 | | 0.00 | FA |
| 10. BOOKS, ART OBJECTS, COLLECTIBLES - HAITIAN AND AFRICAN ART | 55,000.00 | 0.00 | | 16,000.00 | FA |
| 11. WEARING APPAREL MENS | 1,000.00 | 0.00 | | 0.00 | FA |
| 12. WEARING APPAREL WOMENS | 1,000.00 | 0.00 | | 0.00 | FA |
| 13. FURS AND JEWELRY - 2 ROLEX WATCHES AND 2 FURS | 60,000.00 | 0.00 | | 50,000.00 | FA |
| 14. SPORTS AND HOBBY EQUIPMENT - GOLF CLUBS | 500.00 | 500.00 | | 0.00 | FA |
| 15. IRA'S/PENSION PLANS, ETC. | 75,856.39 | 0.00 | | 0.00 | FA |
| 16. IRA'S/PENSION PLANS, ETC. | 1,512.01 | 0.00 | | 0.00 | FA |
| 17. IRA'S/PENSION PLANS, ETC. - SEP IRA | 267.15 | 0.00 | | 0.00 | FA |
| 18. IRA'S/PENSION PLANS, ETC. - SEP IRA | 4,657.00 | 0.00 | | 0.00 | FA |
| 19. STOCK - CHATMAN LAW OFFICES, LLC | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 20. STOCK - DONALS L CHATMAN, M.D. LTD | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 21. CONTINGENT CLAIMS - CLAIMS AGAINST AL'S BEEF ETC. | Unknown | 0.00 | | 0.00 | FA |
| 22. CONTINGENT CLAIMS - CLAIMS AGAINST GRECO REGGI, ETC. | Unknown | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-12757 | CAD | Judge: | Carol A. Doyle | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | DONALD L CHATMAN | | | | Date Filed (f) or Converted (c): | 09/13/2012 (c) |
| | LINDA C CHATMAN | | | | 341(a) Meeting Date: | |
| For Period Ending: | 02/24/2015 | | | | Claims Bar Date: | 08/29/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 23. CONTINGENT CLAIMS - BENSENVILLE PROPERTIES | Unknown | 0.00 | | 0.00 | FA |
| 24. CONTINGENT CLAIMS - RIDGESTONE BANK ETC. | Unknown | 0.00 | | 0.00 | FA |
| 25. PATENTS - STAY PUT SLIP | 0.00 | 0.00 | | 0.00 | FA |
| 26. AUTOMOBILE 2006 MERCEDES | 20,000.00 | 20,000.00 | | 15,000.00 | FA |
| 27. AUTOMOBILE 2009 MERCEDES | 50,000.00 | 27,200.00 | | 30,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $1,709,120.11   $54,810.00   $348,008.83   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/2013    Current Projected Date of Final Report (TFR): 09/01/2014

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 12-12757
Case Name: DONALD L CHATMAN
               LINDA C CHATMAN

Taxpayer ID No: XX-XXX8936
For Period Ending: 02/24/2015

Trustee Name: GREGG SZILAGYI
Bank Name: Associated Bank
Account Number/CD#: XXXXXX6169
MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/01/12 | 1 | CHATMAN, DONALD | PROCEEDS OF ACCOUNT | 1129-000 | $197,008.83 | | $197,008.83 |
| 11/05/12 | | Associated Bank | Technology Fee | 2600-000 | | $125.49 | $196,883.34 |
| 12/07/12 | | Associated Bank | Technology Fee | 2600-000 | | $121.38 | $196,761.96 |
| 01/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $125.35 | $196,636.61 |
| 02/06/13 | 2 | ZURICH AMAERICAN INS CO | SETTLEMENT PROCEEDS | 1149-000 | $25,000.00 | | $221,636.61 |
| 02/06/13 | 2 | FIREMANS FUND | SETTLEMENT PROCEEDS | 1149-000 | $15,000.00 | | $236,636.61 |
| 02/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $292.30 | $236,344.31 |
| 03/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $307.78 | $236,036.53 |
| 04/05/13 | | Associated Bank | Technology Fee | 2600-000 | | $350.91 | $235,685.62 |
| 05/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $339.07 | $235,346.55 |
| 06/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $349.89 | $234,996.66 |
| 07/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $338.11 | $234,658.55 |
| 08/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $513.75 | $234,144.80 |
| 09/09/13 | | Associated Bank | Technology Fee | 2600-000 | | $512.99 | $233,631.81 |
| 10/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $495.71 | $233,136.10 |
| 11/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $511.49 | $232,624.61 |
| 12/06/13 | | Associated Bank | Technology Fee | 2600-000 | | $334.60 | $232,290.01 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Page Subtotals:    $237,008.83    $4,718.82

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 12-12757 | Trustee Name: | GREGG SZILAGYI |
| Case Name: DONALD L CHATMAN | Bank Name: | Associated Bank |
| LINDA C CHATMAN | Account Number/CD#: | XXXXXX6169 |
| | | MONEY MARKET ACCOUNT |
| Taxpayer ID No: XX-XXX8936 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 02/24/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |


| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 01/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $510.31 | $231,779.70 |
| 02/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $509.61 | $231,270.09 |
| 03/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $459.62 | $230,810.47 |
| 04/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $508.17 | $230,302.30 |
| 05/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $491.06 | $229,811.24 |
| 06/05/14 | | Transfer to Acct # xxxxxx0856 | Transfer of Funds | 9999-000 | | $229,811.24 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $237,008.83 | $237,008.83 |
| Less: Bank Transfers/CD's | $0.00 | $229,811.24 |
| Subtotal | $237,008.83 | $7,197.59 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $237,008.83 | $7,197.59 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*            Page Subtotals:     $0.00     $232,290.01

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-12757 | Trustee Name: GREGG SZILAGYI |
| Case Name: DONALD L CHATMAN | Bank Name: Associated Bank |
| LINDA C CHATMAN | Account Number/CD#: XXXXXX0856 |
| | CHECKING ACCOUNT |
| Taxpayer ID No: XX-XXX8936 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/24/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/11/13 | | LINDA AND DONALD CHATMAN | Sale of assets | | $111,000.00 | | $111,000.00 |
| | | | Gross Receipts $111,000.00 | | | | |
| | 26 | | AUTOMOBILE 2006 MERCEDES $15,000.00 | 1129-000 | | | |
| | 10 | | BOOKS, ART OBJECTS, COLLECTIBLES - HAITIAN AND AFRICAN ART $16,000.00 | 1129-000 | | | |
| | 27 | | AUTOMOBILE 2009 MERCEDES $30,000.00 | 1129-000 | | | |
| | 13 | | FURS AND JEWELRY - 2 ROLEX WATCHES AND 2 FURS $50,000.00 | 1129-000 | | | |
| 06/05/14 | | Transfer from Acct # xxxxxx6169 | Transfer of Funds | 9999-000 | $229,811.24 | | $340,811.24 |
| 02/16/15 | 1001 | ARTHUR B. LEVINE COMPANY | SURETY BOND PREMIUM | 2300-000 | | $529.00 | $340,282.24 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $340,811.24 | $529.00 |
| Less: Bank Transfers/CD's | $229,811.24 | $0.00 |
| Subtotal | $111,000.00 | $529.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $111,000.00 | $529.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*      Page Subtotals:    $340,811.24    $529.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0856 - CHECKING ACCOUNT | $111,000.00 | $529.00 | $340,282.24 |
| XXXXXX6169 - MONEY MARKET ACCOUNT | $237,008.83 | $7,197.59 | $0.00 |
| | $348,008.83 | $7,726.59 | $340,282.24 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $348,008.83 |
| Total Gross Receipts: | $348,008.83 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-12757-CAD  
Debtor Name: DONALD L CHATMAN  
Claims Bar Date: 8/29/2013  

Date: February 24, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | Administrative | | $0.00 | $20,650.44 | $20,650.44 |
| 100 2200 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | Administrative | | $0.00 | $0.00 | $0.00 |
| 23 100 2950 | Office of the US Trustee<br>Office of the US Trustee<br>(ADMINISTRATIVE)<br>219 S Dearborn St. rm 873<br>Chicago, IL 60604 | Administrative | | $0.00 | $650.00 | $650.00 |
| 100 3210 | CRANE HEYMAN SIMON<br>WELCH & CLAR<br>135 SOUTH LASALLE<br>SUITE 3700<br>CHCIAGO, IL 60603 | Administrative | | $0.00 | $44,174.50 | $44,174.50 |
| 100 3220 | CRANE HEYMAN SIMON<br>WELCH & CLAR<br>135 SOUTH LASALLE<br>SUITE 3700<br>CHCIAGO, IL 60603 | Administrative | | $0.00 | $843.09 | $843.09 |
| 100 3410 | POPOWCZER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, ILLINOIS 60601 | Administrative | | $0.00 | $1,298.50 | $1,298.50 |
| 150 6210 | Porter Law Network | Administrative | | $0.00 | $10,885.28 | $10,885.28 |
| 28 150 6410 | Robert Ward<br>Robert Ward<br>(ADMINISTRATIVE)<br>3077 West Jefferson St, Suite 207<br>Joliet, IL 60435 | Administrative | | $0.00 | $4,580.00 | $4,580.00 |
| 1 280 5800 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Priority | | $0.00 | $76,266.06 | $76,266.06 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-12757-CAD  
Debtor Name: DONALD L CHATMAN  
Claims Bar Date: 8/29/2013  

Date: February 24, 2015

| # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 300 7100 | Department of the Treasury-IRS<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Unsecured | | $0.00 | $10,398.12 | $10,398.12 |
| 2 300 7100 | Department Stores National Bank/Macy"s<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH  45040 | Unsecured | | $0.00 | $200.94 | $200.94 |
| 3 300 7100 | not individually but as Trustee Deborah K. Ebner<br>c/o Philip J. Fowler, Esq.<br>Tribler Orpett & Meyer, P.C.<br>225 West Washington Street, Suite 1300<br>Chicago, Illinois  60606 | Unsecured | PURSUANT TO COURT ORDER DATED 2/12/15 CLAIM ALLOWED IN FULL BUT ALL BUT $200,000.00 IS SUBORDINATED TO THE CLAIMS OF OTHER CREDITORS. | $0.00 | $844,291.03 | $200,000.00 |
| 4 300 7100 | N. A. FIA CARD SERVICES<br>PO Box 15102<br>Wilmington, DE  19886-5102 | Unsecured | | $0.00 | $18,354.48 | $18,354.48 |
| 5 300 7100 | N. A. FIA CARD SERVICES<br>PO Box 15102<br>Wilmington, DE  19886-5102 | Unsecured | | $0.00 | $2,494.40 | $2,494.40 |
| 6 300 7100 | ELAN FINANCIAL SERVICES AS SERVICER FOR NORTHERN TRUST BANK<br>P.O. BOX 5229<br>CINCINNATI, OH  45201-5229 | Unsecured | | $0.00 | $5,908.69 | $5,908.69 |
| 7 300 7100 | USAA FEDERAL SAVINGS BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA  98121 | Unsecured | | $0.00 | $9,113.08 | $9,113.08 |
| 9 300 7100 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Unsecured | | $0.00 | $2,955.71 | $2,955.71 |
| 10 300 7100 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Unsecured | | $0.00 | $1,428.00 | $1,428.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-12757-CAD  
Debtor Name: DONALD L CHATMAN  
Claims Bar Date: 8/29/2013

Date: February 24, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 11 300 7100 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605 | Unsecured | | $0.00 | $1,566.65 | $1,566.65 |
| 12 300 7100 | FSB American Express Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $0.00 | $881.33 | $881.33 |
| 13 300 7100 | FSB American Express Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $0.00 | $1,854.70 | $1,854.70 |
| 14 300 7100 | Ridgestone Bank c/o Chuhak & Tecson, P.C. 30 South Wacker Drive Suite 2600 Chicago, IL 60606 | Unsecured | | $0.00 | $1,061,641.61 | $1,061,641.61 |
| 15 300 7100 | N. A. FIA CARD SERVICES 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 | Unsecured | | $0.00 | $2,493.11 | $2,493.11 |
| 16 300 7100 | Bensenville Properties, LLC c/o Hayes Lango LLP 4256 N. Ravenswood Ave. #217 Chicago, IL 60613 | Unsecured | | $0.00 | $230,315.00 | $230,315.00 |
| 17 300 7100 | Trustee Joseph E. Cohen c/o E. Philip Groben 105 W. Madison St., Ste. 1100 Chicago, IL 60602 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 18 300 7100 | Chicago Franchise Systems, Inc. c/o Robert L. Caplan 444 Naperville Road Clarendon Hills, IL 60514-2815 | Unsecured | | $0.00 | $418,928.00 | $59,549.63 |
| 19 300 7100 | Chicago Beef, Inc. c/o Robert L. Caplan 444 Naperville Road Clarendon Hills, IL 60514-2815 | Unsecured | | $0.00 | $4,575,422.63 | $190,450.37 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-12757-CAD                                                                                                   Date: February 24, 2015
Debtor Name: DONALD L CHATMAN
Claims Bar Date: 8/29/2013

| Code# | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 20 300 7100 | Greco/Reggi Addison, LLC<br>Edwards Wildman Partner LLP,<br>c/o Marcia K. Owens<br>225 West Wacker, Suite 3000<br>Chicago, IL  60606 | Unsecured | | $0.00 | $206,494.84 | $206,494.84 |
| 21 300 7100 | James W. Corbett<br>Attorney at Law<br>1645 W. School Street Apt. 314<br>Chicago, IL  60657 | Unsecured | | $0.00 | $16,660.00 | $16,660.00 |
| 24 300 7100 | Hinshaw Culberton<br>222 N. LaSalle Street<br>Suite 300<br>Chicago, IL  60601 | Unsecured | | $0.00 | $3,469.00 | $3,469.00 |
| 25 300 7100 | N. A. FIA CARD SERVICES<br>P O Box 982284<br>El Paso, TX  79998-2238 | Unsecured | | $0.00 | $2,344.40 | $2,344.40 |
| 26 300 7100 | N. A. FIA CARD SERVICES<br>P O Box 982284<br>El Paso, TX  79998-2238 | Unsecured | | $0.00 | $18,354.48 | $18,354.48 |
| 27 300 7100 | N. A. FIA CARD SERVICES<br>P O Box 982284<br>El Paso, TX  79998-2238 | Unsecured | | $0.00 | $2,493.11 | $2,493.11 |
| 29 300 7100 | Illinois Department Of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Unsecured | DISALLOWED PER COURT ORDER DATED 6-4-2014 | $0.00 | $840.12 | $840.12 |
| | Case Totals | | | $0.00 | $7,598,251.30 | $2,209,609.64 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 4                                                                                                             Printed: February 24, 2015

**UST Form 101-7-TFR (5/1/2011)** *(Page: 12)*

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-12757
Case Name: DONALD L CHATMAN
                  LINDA C CHATMAN
Trustee Name: GREGG SZILAGYI

       Balance on hand                                                                          $

    Claims of secured creditors will be paid as follows:

                                            NONE

    Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ | $ | $ |
| Attorney for Trustee Fees: CRANE HEYMAN SIMON WELCH & CLAR | $ | $ | $ |
| Attorney for Trustee Expenses: CRANE HEYMAN SIMON WELCH & CLAR | $ | $ | $ |
| Accountant for Trustee Fees: POPOWCZER KATTEN LTD. | $ | $ | $ |
| Fees: Office of the US Trustee | $ | $ | $ |

      Total to be paid for chapter 7 administrative expenses          $_____

      Remaining Balance                                                      $_____

    Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Fees: Porter Law Network | $ | $ | $ |
| Accountant for Fees: Robert Ward | $ | $ | $ |

Total to be paid for prior chapter administrative expenses  $_____

Remaining Balance  $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department of the Treasury | $ | $ | $ |

Total to be paid to priority creditors  $_____

Remaining Balance  $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be \_\_\_\_ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department of the Treasury-IRS | $ | $ | $ |
| 2 | Department Stores National Bank/Macy"s | $ | $ | $ |
| 3 | not individually but as Trustee Deborah K. Ebner | $ | $ | $ |
| 4 | N. A. FIA CARD SERVICES | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | N. A. FIA CARD SERVICES | $ | $ | $ |
| 6 | ELAN FINANCIAL SERVICES | $ | $ | $ |
| 7 | USAA FEDERAL SAVINGS BANK | $ | $ | $ |
| 9 | American Express Centurion Bank | $ | $ | $ |
| 10 | American Express Centurion Bank | $ | $ | $ |
| 11 | GE Capital Retail Bank | $ | $ | $ |
| 12 | FSB American Express Bank | $ | $ | $ |
| 13 | FSB American Express Bank | $ | $ | $ |
| 14 | Ridgestone Bank | $ | $ | $ |
| 15 | N. A. FIA CARD SERVICES | $ | $ | $ |
| 16 | Bensenville Properties, LLC | $ | $ | $ |
| 17 | Trustee Joseph E. Cohen | $ | $ | $ |
| 18 | Chicago Franchise Systems, Inc. | $ | $ | $ |
| 19 | Chicago Beef, Inc. | $ | $ | $ |
| 20 | Greco/Reggi Addison, LLC | $ | $ | $ |
| 21 | James W. Corbett | $ | $ | $ |
| 24 | Hinshaw Culberton | $ | $ | $ |
| 25 | N. A. FIA CARD SERVICES | $ | $ | $ |
| 26 | N. A. FIA CARD SERVICES | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 27 | N. A. FIA CARD SERVICES | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance                                          $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE