# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DONALD L CHATMAN | § | Case No. 12-12757 |
| LINDA C CHATMAN | § | |
| | § | |
| Debtor(s) | § | |

## AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GREGG SZILAGYI, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street

Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/08/2015 in Courtroom 742,

U.S. Bankrptcy Court

219 S. Dearborn Street

Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/10/2015_____     By: /s/ Gregg Szilagyi_____

Trustee

*GREGG SZILAGYI*
*542 SOUTH DEARBORN STREET*
*SUITE 1400*
*CHICAGO, IL  60605*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DONALD L CHATMAN | § | Case No. 12-12757 |
| LINDA C CHATMAN | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 348,008.83 |
| and approved disbursements of | $ | 7,726.59 |
| leaving a balance on hand of[1] | $ | 340,282.24 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $          20,650.44 | $          0.00 | $          20,650.44 |
| Attorney for Trustee Fees: CRANE HEYMAN SIMON WELCH & CLAR | $          44,174.50 | $          0.00 | $          44,174.50 |
| Attorney for Trustee Expenses: CRANE HEYMAN SIMON WELCH & CLAR | $          843.09 | $          0.00 | $          843.09 |
| Accountant for Trustee Fees: POPOWCZER KATTEN LTD. | $          1,298.50 | $          0.00 | $          1,298.50 |
| Fees: Office of the US Trustee | $          650.00 | $          0.00 | $          650.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 67,616.53 |
| Remaining Balance | $ | 272,665.71 |

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Fees: Porter Law Network | $ 10,885.28 | $ 0.00 | $ 10,885.28 |
| Accountant for Fees: Robert Ward | $ 4,580.00 | $ 0.00 | $ 4,580.00 |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses | $ | 15,465.28 |
| Remaining Balance | $ | 257,200.43 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 76,266.06  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department of the Treasury | $ 76,266.06 | $ 0.00 | $ 76,266.06 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 76,266.06 |
| Remaining Balance | $ | 180,934.37 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,049,421.65  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  8.8  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department of the Treasury-IRS | $ 10,398.12 | $ 0.00 | $ 918.00 |
| 2 | Department Stores National Bank/Macy"s | $ 200.94 | $ 0.00 | $ 17.74 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | not individually but as Trustee Deborah K. Ebner | $ 200,000.00 | $ 0.00 | $ 17,657.12 |
| 4 | N. A. FIA CARD SERVICES | $ 18,354.48 | $ 0.00 | $ 1,620.44 |
| 5 | N. A. FIA CARD SERVICES | $ 2,494.40 | $ 0.00 | $ 220.22 |
| 6 | ELAN FINANCIAL SERVICES | $ 5,908.69 | $ 0.00 | $ 521.65 |
| 7 | USAA FEDERAL SAVINGS BANK | $ 9,113.08 | $ 0.00 | $ 804.55 |
| 9 | American Express Centurion Bank | $ 2,955.71 | $ 0.00 | $ 260.95 |
| 10 | American Express Centurion Bank | $ 1,428.00 | $ 0.00 | $ 126.07 |
| 11 | GE Capital Retail Bank | $ 1,566.65 | $ 0.00 | $ 138.31 |
| 12 | FSB American Express Bank | $ 881.33 | $ 0.00 | $ 77.81 |
| 13 | FSB American Express Bank | $ 1,854.70 | $ 0.00 | $ 163.74 |
| 14 | Ridgestone Bank | $ 1,061,641.61 | $ 0.00 | $ 93,727.64 |
| 15 | N. A. FIA CARD SERVICES | $ 2,493.11 | $ 0.00 | $ 220.11 |
| 16 | Bensenville Properties, LLC | $ 230,315.00 | $ 0.00 | $ 20,333.49 |
| 17 | Trustee Joseph E. Cohen | $ 0.00 | $ 0.00 | $ 0.00 |
| 18 | Chicago Franchise Systems, Inc. | $ 59,549.63 | $ 0.00 | $ 5,257.37 |
| 19 | Chicago Beef, Inc. | $ 190,450.37 | $ 0.00 | $ 16,814.02 |
| 20 | Greco/Reggi Addison, LLC | $ 206,494.84 | $ 0.00 | $ 18,230.52 |
| 21 | James W. Corbett | $ 16,660.00 | $ 0.00 | $ 1,470.84 |
| 24 | Hinshaw Culberton | $ 3,469.00 | $ 0.00 | $ 306.26 |
| 25 | N. A. FIA CARD SERVICES | $ 2,344.40 | $ 0.00 | $ 206.98 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 26 | N. A. FIA CARD SERVICES | $          18,354.48 | $          0.00 | $          1,620.44 |
| 27 | N. A. FIA CARD SERVICES | $          2,493.11 | $          0.00 | $          220.10 |

Total to be paid to timely general unsecured creditors          $_____180,934.37

Remaining Balance          $_____0.00

 

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Gregg Szilagyi _____
                                     Trustee

*GREGG SZILAGYI*
*542 SOUTH DEARBORN STREET*
*SUITE 1400*
*CHICAGO, IL  60605*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 12-12757-CAD
Donald L. Chatman                                               Chapter 7
Linda C. Chatman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: adragonet          Page 1 of 3          Date Rcvd: Mar 11, 2015
                              Form ID: pdf006          Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2015.
```
db/jdb        +Donald L. Chatman,    Linda C. Chatman,    155 North Harbor Drive,    Apt 2912,
                Chicago, IL 60601-5011
22997451      +11 East Adams, LLC,    c/o Trout Downing, LLC,    134 N. LaSalle,    Suite 1840,
                Chicago, IL 60602-1100
18901599       American Express,    P.O. Box 982238,    El Paso, TX 79998-2238
18901598       American Express,    P.O. Box 991537,    El Paso, TX 79998-1537
19145801       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19043985       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18901600      +American Zurich Insurance,    c/o Lewis Brisbois Bisgaard,    550 West Adams,
                Chicago, IL 60661-3665
18901601       Anna Bogojevic,    1936 Countryside Drive,    Libertyville, IL 60048-1033
18867425      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
                Wilmington, DE 19886-5102)
19355966     ++++BENSENVILLE PROPERTIES, LLC,    C/O HAYES LANGO LLP,    4255 N HONORE ST STE 217,
                CHICAGO IL  60613-4572
               (address filed with court: Bensenville Properties, LLC,    c/o Hayes Lango LLP,
                4256 N. Ravenswood Ave. #217,    Chicago, IL 60613)
18901602       Bank of America,    P.O. Box 851001,    Dallas, TX 75285-1001
18901603       Bank of America Master Card,    P.O. Box 15026,    Wilmington, DE 19850-5026
18901604      +Bensenville Properties,    c/o Hayes Lanfo, LLP,    4256 N. Ravenswood,    Chicago, IL 60613-1114
18901605       Chase Bank USA Visa,    Card Member Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
18901606       Citicards,    Processing Center,    Des Moines, IA 50363-0001
18865134      +Deborah K. Ebner, not individually but as Trustee,    c/o Philip J. Fowler, Esq.,
                Tribler Orpett & Meyer, P.C.,    225 West Washington Street, Suite 1300,
                Chicago, Illinois 60606-3408
18852408      +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
19355255       FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
20649720      +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
20758551      +GE Applicance Parts,    6419 Shelby View Drive Ste 110,    Attn Linda Moxley Credits Dept,
                Memphis, TN 38134-7634
18901607      +Greco/Reggi Addison, LLC,    Edwards Wildman Partner LLP,,    c/o Marcia K. Owens,
                225 West Wacker, Suite 3000,    Chicago, IL 60606-3007
18901608      +Hinshaw Culberton,    222 N. LaSalle Street,    Suite 300,    Chicago, IL 60601-1081
21859049       Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,
                Chicago, Illinois 60664-0338
18901609      +James W. Corbett,    Attorney at Law,    1645 W. School Street Apt. 314,    Chicago, IL 60657-2155
19363064      +Joseph E. Cohen, Trustee,    c/o E. Philip Groben,    105 W. Madison St., Ste. 1100,
                Chicago, IL 60602-4600
18901610       Macys,    P.O. Box 123083,    Columbus, OH 43218-3083
18901611      +National Surety Corporation,    c/o Hinshaw Culbertson,    222 N. LaSalle, Suite 300,
                Chicago, IL 60601-1013
18901612       Northern Trust Visa,    Card Member Service,    P.O. Box 700408,    St. Louis, MO 63179-0408
18901613      +Patrice Short,    c/o Jay Paul Deratany,    221 N. LaSalle,    Chicago, IL 60601-1206
22982032      +Porter Law Network,    230 West Monroe, Suite 240,    Chicago, Il 60606-4730
18702134      +Ridgestone Bank,    c/o Chuhak & Tecson,    30 South Wacker Drive,    Suite No 2600,
                Chicago, IL 60606-7413
19192259      +Ridgestone Bank,    c/o Chuhak & Tecson, P.C.,    30 South Wacker Drive,    Suite 2600,
                Chicago, IL 60606-7512
21160095      +Robert Ward,    3077 West Jefferson St, Suite 207,    Joliet, IL 60435-5264
20758550      +Robert Ward,    Boulder Tax & Accounting,    3077 W Jefferson St Ste 207,    Joliet, IL 60435-5264
18901596      +Select Portfolio Service,    3815 South West Temple,    Salt Lake City, UT 84115-4412
18978323     +++Select Portfolio Servicing, Inc.,    65 E Wacker Place Suite 2300,    Chicago, IL 60601-7244
18901615       Shell,    Credit Card Processing,    P.O. Box 183018,    Columbus, OH 43218-3018
18868373      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: ELAN FINANCIAL SERVICES,    AS SERVICER FOR NORTHERN TRUST BANK,
                P.O. BOX 5229,    CINCINNATI, OH 45201-5229)
18901616       USAA FSB Master Card,    10750 McDermott FWY,    San Antonio, TX 78288-0570
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19383771       E-mail/Text: robertlcaplan@yahoo.com Mar 12 2015 02:27:34      Chicago Beef, Inc.,
                c/o Robert L. Caplan,    444 Naperville Road,    Clarendon Hills, IL  60514-2815
19383768       E-mail/Text: robertlcaplan@yahoo.com Mar 12 2015 02:27:35      Chicago Franchise Systems, Inc.,
                c/o Robert L. Caplan,    444 Naperville Road,    Clarendon Hills, IL  60514-2815
18702133      +E-mail/Text: cio.bncmail@irs.gov Mar 12 2015 02:26:10      Department of the Treasury,
                Internal Revenue Service,    P.O. Box 7346,    Philadelphia PA 19101-7346
18901595      +E-mail/Text: swilloughby@firstbt.com Mar 12 2015 02:28:25      First Bank & Trust of Evanston,
                820 Church Street,    Evanston, IL 60201-3764
19069313      +E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2015 02:18:23      GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
19567714      +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Mar 12 2015 02:26:40      Office of the US Trustee,
                219 S Dearborn St.  rm 873,    Chicago,  IL 60604-2027
```

```
District/off: 0752-1            User: adragonet          Page 2 of 3              Date Rcvd: Mar 11, 2015
                               Form ID: pdf006          Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
18901614      +E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2015 02:18:06     Sams Club,   P.O. Box 981400,
               El Paso, TX 79998-1400
18962751      +E-mail/Text: bncmail@w-legal.com Mar 12 2015 02:27:08     USAA FEDERAL SAVINGS BANK,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                         TOTAL: 8
```
```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Crane, Heyman, Simon, Welch & Clar (CHSW&C)
aty            Porter Law Network
19145802*      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19049141*      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18901597*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:  Internal Revenue Service,   P.O. Box 21126,   Philadelphia PA 19114)
                                                                         TOTALS: 2, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2015                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2015 at the address(es) listed below:
```
          Bilal  Zaheer   on behalf of Creditor    Greco/Reggi Addison LLC bzaheer@edwardswildman.com,
            kadelsbach@edwardswildman.com;ecffilings@edwardswildman.com
          Brett M Scheive    on behalf of Joint Debtor Linda C. Chatman bscheive@scheivelaw.com,
            brett@hlsfirm.com
          Brett M Scheive    on behalf of Debtor Donald L. Chatman bscheive@scheivelaw.com,
            brett@hlsfirm.com
          David J Frankel    on behalf of Creditor    First Bank & Trust Of Evanston
            dfrankel@sormanfrankel.com,  ckauffman@sormanfrankel.com
          E. Philip  Groben    on behalf of Creditor Joseph E Cohen pgroben@cohenandkrol.com,
            trotman@cohenandkrol.com;jneiman@cohenandkrol.com
          Edmond M Burke    on behalf of Creditor    Ridgestone Bank c/o Edmond M. Burke eburke@chuhak.com,
            mvasquez@chuhak.com
          Gregg  Szilagyi   gs@tailserv.com,  gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
          Jay Paul Deratany    on behalf of Creditor Patrice  Short dwillis@lawinjury.com
          John Charles Crees    on behalf of Creditor    Wells Fargo Bank, N.A., as trustee, on behalf of the
            holders of the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series
            2006-12 jcrees@pilgrimchristakis.com,  LMarshall@pilgrimchristakis.com
          John H Redfield    on behalf of Trustee Gregg  Szilagyi jredfield@craneheyman.com,
            mjoberhausen@craneheyman.com
          Joseph E Cohen    on behalf of Creditor Joseph E Cohen jcohen@cohenandkrol.com,
            jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
          Karen J Porter    on behalf of Debtor Donald L. Chatman porterlawnetwork@gmail.com,
            portersam100@comcast.net
          Karen J Porter    on behalf of Creditor    Porter Law Network porterlawnetwork@gmail.com,
            portersam100@comcast.net
          Karen J Porter    on behalf of Accountant Robert J Ward porterlawnetwork@gmail.com,
            portersam100@comcast.net
          Karen J Porter    on behalf of Joint Debtor Linda C. Chatman porterlawnetwork@gmail.com,
            portersam100@comcast.net
          Meredith S Fox    on behalf of Creditor    Wells Fargo Bank, N.A., as trustee, on behalf of the
            holders of the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series
            2006-12 bknotice@klueverplatt.com
```

```
District/off: 0752-1        User: adragonet          Page 3 of 3             Date Rcvd: Mar 11, 2015
                           Form ID: pdf006          Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Nisha B Parikh    on behalf of Creditor    Select Porfolio Servicing nparikh@fal-illinois.com,
               bankruptcy@fal-illinois.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Philip J Fowler    on behalf of Creditor Deborah  Ebner pjfowler@tribler.com,  kduncan@tribler.com
              Robert L Caplan    on behalf of Creditor    Chicago Beef, Inc robertlcaplan@yahoo.com
              Scott R Clar    on behalf of Trustee Gregg  Szilagyi sclar@craneheyman.com,
               mjoberhausen@craneheyman.com;asimon@craneheyman.com
                                                                                    TOTAL: 21