UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DONALD L CHATMAN | § | Case No. 12-12757 |
| LINDA C CHATMAN | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GREGG SZILAGYI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter on _____, and it was converted to chapter 7 on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GREGG SZILAGYI_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | Ridgestone Bank | | | | | |
| 8 | Select Portfolio Servicing, Inc. | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Gregg Szilagyi | | | | | |
| ARTHUR B. LEVINE COMPANY | | | | | |
| Associated Bank | | | | | |
| Office of the US Trustee | | | | | |
| CRANE HEYMAN SIMON WELCH & CLAR | | | | | |
| CRANE HEYMAN SIMON WELCH & CLAR | | | | | |
| POPOWCZER KATTEN LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Porter Law Network | | | | | |
| Robert Ward | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Department of the Treasury | | | | | |
| 1 | Internal Revenue Service | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | American Express Centurion Bank | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | American Express Centurion Bank | | | | | |
| 16 | Bensenville Properties, LLC | | | | | |
| 19 | Chicago Beef, Inc. | | | | | |
| 18 | Chicago Franchise Systems, Inc. | | | | | |
| 1 | Department of the Treasury- IRS | | | | | |
| 2 | Department Stores National Bank/Macy"s | | | | | |
| 6 | ELAN FINANCIAL SERVICES | | | | | |
| 12 | FSB American Express Bank | | | | | |
| 13 | FSB American Express Bank | | | | | |
| 11 | GE Capital Retail Bank | | | | | |
| 20 | Greco/Reggi Addison, LLC | | | | | |
| 24 | Hinshaw Culberton | | | | | |
| 21 | James W. Corbett | | | | | |
| 25 | N. A. FIA CARD SERVICES | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 26 | N. A. FIA CARD SERVICES | | | | | |
| 27 | N. A. FIA CARD SERVICES | | | | | |
| 15 | N. A. FIA CARD SERVICES | | | | | |
| 4 | N. A. FIA CARD SERVICES | | | | | |
| 5 | N. A. FIA CARD SERVICES | | | | | |
| 3 | not individually but as Trustee Deborah K. Ebner | | | | | |
| 22 | not individually but as Trustee Deborah K. Ebner | | | | | |
| 14 | Ridgestone Bank | | | | | |
| 17 | Trustee Joseph E. Cohen | | | | | |
| 7 | USAA FEDERAL SAVINGS BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 12-12757 | CAD | Judge: | Carol A. Doyle | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | DONALD L CHATMAN | | | | Date Filed (f) or Converted (c): | 09/13/2012 (c) |
| | LINDA C CHATMAN | | | | 341(a) Meeting Date: | |
| For Period Ending: | 06/01/2015 | | | | Claims Bar Date: | 08/29/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING, SAVINGS, ETC. -- CHASE DIP ACCT PROCEEDS OF 155 N | 225,217.56 | 0.00 | | 197,008.83 | FA |
| 2. CLAIMS AGAINST IRA MARCUS AND MARCUS & BOXERMAN | 0.00 | 0.00 | | 40,000.00 | FA |
| 3. REAL ESTATE 111 N WABASH SUITE 1210 CHCIAGO IL | 100,000.00 | 0.00 | | 0.00 | FA |
| 4. REAL ESTATE 155 N HARBOR DRIVE CHGO IL | 1,100,000.00 | 0.00 | | 0.00 | FA |
| 5. REAL ESTATE 1/3 INTEREST IN HUSBAND'S MOTHERS HOUSE IN KENTU | 0.00 | 0.00 | | 0.00 | FA |
| 6. CASH | 3,500.00 | 1,000.00 | | 0.00 | FA |
| 7. CHECKING, SAVINGS, ETC. NORTHERN TRUST | 100.00 | 100.00 | | 0.00 | FA |
| 8. CHECKING, SAVINGS, ETC. NORTHERN | 510.00 | 510.00 | | 0.00 | FA |
| 9. HOUSEHOLD GOODS AND FURNISHINGS | 8,000.00 | 3,500.00 | | 0.00 | FA |
| 10. BOOKS, ART OBJECTS, COLLECTIBLES - HAITIAN AND AFRICAN ART | 55,000.00 | 0.00 | | 16,000.00 | FA |
| 11. WEARING APPAREL MENS | 1,000.00 | 0.00 | | 0.00 | FA |
| 12. WEARING APPAREL WOMENS | 1,000.00 | 0.00 | | 0.00 | FA |
| 13. FURS AND JEWELRY - 2 ROLEX WATCHES AND 2 FURS | 60,000.00 | 0.00 | | 50,000.00 | FA |
| 14. SPORTS AND HOBBY EQUIPMENT - GOLF CLUBS | 500.00 | 500.00 | | 0.00 | FA |
| 15. IRA'S/PENSION PLANS, ETC. | 75,856.39 | 0.00 | | 0.00 | FA |
| 16. IRA'S/PENSION PLANS, ETC. | 1,512.01 | 0.00 | | 0.00 | FA |
| 17. IRA'S/PENSION PLANS, ETC. - SEP IRA | 267.15 | 0.00 | | 0.00 | FA |
| 18. IRA'S/PENSION PLANS, ETC. - SEP IRA | 4,657.00 | 0.00 | | 0.00 | FA |
| 19. STOCK - CHATMAN LAW OFFICES, LLC | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 20. STOCK - DONALS L CHATMAN, M.D. LTD | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 21. CONTINGENT CLAIMS - CLAIMS AGAINST AL'S BEEF ETC. | Unknown | 0.00 | | 0.00 | FA |
| 22. CONTINGENT CLAIMS - CLAIMS AGAINST GRECO REGGI, ETC. | Unknown | 0.00 | | 0.00 | FA |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 12-12757 | CAD | Judge: | Carol A. Doyle | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | DONALD L CHATMAN | | | | Date Filed (f) or Converted (c): | 09/13/2012 (c) |
| | LINDA C CHATMAN | | | | 341(a) Meeting Date: | |
| For Period Ending: | 06/01/2015 | | | | Claims Bar Date: | 08/29/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. CONTINGENT CLAIMS - BENSENVILLE PROPERTIES | Unknown | 0.00 | | 0.00 | FA |
| 24. CONTINGENT CLAIMS - RIDGESTONE BANK ETC. | Unknown | 0.00 | | 0.00 | FA |
| 25. PATENTS - STAY PUT SLIP | 0.00 | 0.00 | | 0.00 | FA |
| 26. AUTOMOBILE 2006 MERCEDES | 20,000.00 | 20,000.00 | | 15,000.00 | FA |
| 27. AUTOMOBILE 2009 MERCEDES | 50,000.00 | 27,200.00 | | 30,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $1,709,120.11    $54,810.00    $348,008.83    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/2013    Current Projected Date of Final Report (TFR): 09/01/2014

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-12757 | | Trustee Name: | GREGG SZILAGYI |
| Case Name: | DONALD L CHATMAN | | Bank Name: | Associated Bank |
| | LINDA C CHATMAN | | Account Number/CD#: | XXXXXX6169 |
| | | | | MONEY MARKET ACCOUNT |
| Taxpayer ID No: | XX-XXX8936 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/01/2015 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/01/12 | 1 | CHATMAN, DONALD | PROCEEDS OF ACCOUNT | 1129-000 | $197,008.83 | | $197,008.83 |
| 11/05/12 | | Associated Bank | Technology Fee | 2600-000 | | $125.49 | $196,883.34 |
| 12/07/12 | | Associated Bank | Technology Fee | 2600-000 | | $121.38 | $196,761.96 |
| 01/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $125.35 | $196,636.61 |
| 02/06/13 | 2 | ZURICH AMAERICAN INS CO | SETTLEMENT PROCEEDS | 1149-000 | $25,000.00 | | $221,636.61 |
| 02/06/13 | 2 | FIREMANS FUND | SETTLEMENT PROCEEDS | 1149-000 | $15,000.00 | | $236,636.61 |
| 02/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $292.30 | $236,344.31 |
| 03/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $307.78 | $236,036.53 |
| 04/05/13 | | Associated Bank | Technology Fee | 2600-000 | | $350.91 | $235,685.62 |
| 05/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $339.07 | $235,346.55 |
| 06/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $349.89 | $234,996.66 |
| 07/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $338.11 | $234,658.55 |
| 08/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $513.75 | $234,144.80 |
| 09/09/13 | | Associated Bank | Technology Fee | 2600-000 | | $512.99 | $233,631.81 |
| 10/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $495.71 | $233,136.10 |
| 11/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $511.49 | $232,624.61 |
| 12/06/13 | | Associated Bank | Technology Fee | 2600-000 | | $334.60 | $232,290.01 |

Page Subtotals: $237,008.83    $4,718.82

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-12757 | Trustee Name: GREGG SZILAGYI |
| Case Name: DONALD L CHATMAN | Bank Name: Associated Bank |
| LINDA C CHATMAN | Account Number/CD#: XXXXXX6169 |
| | MONEY MARKET ACCOUNT |
| Taxpayer ID No: XX-XXX8936 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/01/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $510.31 | $231,779.70 |
| 02/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $509.61 | $231,270.09 |
| 03/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $459.62 | $230,810.47 |
| 04/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $508.17 | $230,302.30 |
| 05/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $491.06 | $229,811.24 |
| 06/05/14 | | Transfer to Acct # xxxxxx0856 | Transfer of Funds | 9999-000 | | $229,811.24 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $237,008.83 | $237,008.83 |
| Less: Bank Transfers/CD's | $0.00 | $229,811.24 |
| Subtotal | $237,008.83 | $7,197.59 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $237,008.83 | $7,197.59 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Page Subtotals: $0.00    $232,290.01

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 12-12757 | Trustee Name: GREGG SZILAGYI |
| Case Name: DONALD L CHATMAN | Bank Name: Associated Bank |
| LINDA C CHATMAN | Account Number/CD#: XXXXXX0856 |
| | CHECKING ACCOUNT |
| Taxpayer ID No: XX-XXX8936 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/01/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/11/13 | | LINDA AND DONALD CHATMAN | Sale of assets | | $111,000.00 | | $111,000.00 |
| | | | Gross Receipts                $111,000.00 | | | | |
| | 26 | | AUTOMOBILE 2006 MERCEDES    $15,000.00 | 1129-000 | | | |
| | 10 | | BOOKS, ART OBJECTS, COLLECTIBLES - HAITIAN AND AFRICAN ART    $16,000.00 | 1129-000 | | | |
| | 27 | | AUTOMOBILE 2009 MERCEDES    $30,000.00 | 1129-000 | | | |
| | 13 | | FURS AND JEWELRY - 2 ROLEX WATCHES AND 2 FURS    $50,000.00 | 1129-000 | | | |
| 06/05/14 | | Transfer from Acct # xxxxxx6169 | Transfer of Funds | 9999-000 | $229,811.24 | | $340,811.24 |
| 02/16/15 | 1001 | ARTHUR B. LEVINE COMPANY | SURETY BOND PREMIUM | 2300-000 | | $529.00 | $340,282.24 |
| 04/08/15 | 1002 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois  60605 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $20,650.44 | $319,631.80 |
| 04/08/15 | 1003 | Office of the US Trustee<br>Office of the US Trustee (ADMINISTRATIVE)<br>219 S Dearborn St. rm 873<br>Chicago, IL  60604 | Final distribution to claim 23 representing a payment of 100.00 % per court order. | 2950-000 | | $650.00 | $318,981.80 |
| 04/08/15 | 1004 | CRANE HEYMAN SIMON WELCH & CLAR<br>135 SOUTH LASALLE<br>SUITE 3700<br>CHCIAGO, IL 60603 | Distribution | | | $45,017.59 | $273,964.21 |
| | | CRANE HEYMAN SIMON WELCH & CLAR | Final distribution representing a payment of 100.00 % per court order.    ($44,174.50) | 3210-000 | | | |
| | | CRANE HEYMAN SIMON WELCH & CLAR | Final distribution representing a payment of 100.00 % per court order.    ($843.09) | 3220-000 | | | |
| | | | Page Subtotals: | | $340,811.24 | $66,847.03 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-12757 | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|
| Case Name: | DONALD L CHATMAN | Bank Name: | Associated Bank |
| | LINDA C CHATMAN | Account Number/CD#: | XXXXXX0856 |
| | | | CHECKING ACCOUNT |
| Taxpayer ID No: | XX-XXX8936 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/01/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/08/15 | 1005 | POPOWCZER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, ILLINOIS 60601 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,298.50 | $272,665.71 |
| 04/08/15 | 1006 | Porter Law Network | Final distribution representing a payment of 100.00 % per court order. | 6210-000 | | $10,885.28 | $261,780.43 |
| 04/08/15 | 1007 | Robert Ward<br>Robert Ward (ADMINISTRATIVE)<br>3077 West Jefferson St, Suite 207<br>Joliet, IL 60435 | Final distribution to claim 28 representing a payment of 100.00 % per court order. | 6410-000 | | $4,580.00 | $257,200.43 |
| 04/08/15 | 1008 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 5800-000 | | $76,266.06 | $180,934.37 |
| 04/08/15 | 1009 | Department of the Treasury-IRS<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Final distribution to claim 1 representing a payment of 8.83 % per court order. | 7100-000 | | $918.00 | $180,016.37 |
| 04/08/15 | 1010 | Department Stores National Bank/Macy''s<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040 | Final distribution to claim 2 representing a payment of 8.83 % per court order. | 7100-000 | | $17.74 | $179,998.63 |
| 04/08/15 | 1011 | not individually but as Trustee Deborah K. Ebner<br>c/o Philip J. Fowler, Esq.<br>Tribler Orpett & Meyer, P.C.<br>225 West Washington Street, Suite 1300<br>Chicago, Illinois 60606 | Final distribution to claim 3 representing a payment of 8.83 % per court order. | 7100-000 | | $17,657.12 | $162,341.51 |
| 04/08/15 | 1012 | N. A. FIA CARD SERVICES<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Distribution | | | $1,840.66 | $160,500.85 |
| | | N. A. FIA CARD SERVICES | Final distribution to claim 4 representing a payment of 8.83 % per court order. | ($1,620.44) | 7100-000 | | |
| | | N. A. FIA CARD SERVICES | Final distribution to claim 5 representing a payment of 8.83 % per court order. | ($220.22) | 7100-000 | | |

Page Subtotals: $0.00 $113,463.36

UST Form 101-7-TDR (10/1/2010) (Page: 13)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-12757 | Trustee Name: GREGG SZILAGYI |
| Case Name: DONALD L CHATMAN | Bank Name: Associated Bank |
| LINDA C CHATMAN | Account Number/CD#: XXXXXX0856 |
| | CHECKING ACCOUNT |
| Taxpayer ID No: XX-XXX8936 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/01/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/08/15 | 1013 | ELAN FINANCIAL SERVICES<br>AS SERVICER FOR NORTHERN TRUST BANK<br>P.O. BOX 5229<br>CINCINNATI, OH  45201-5229 | Final distribution to claim 6 representing a payment of 8.83 % per court order. | 7100-000 | | $521.65 | $159,979.20 |
| 04/08/15 | 1014 | USAA FEDERAL SAVINGS BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA  98121 | Final distribution to claim 7 representing a payment of 8.83 % per court order. | 7100-000 | | $804.55 | $159,174.65 |
| 04/08/15 | 1015 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Final distribution to claim 9 representing a payment of 8.83 % per court order. | 7100-000 | | $260.95 | $158,913.70 |
| 04/08/15 | 1016 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Final distribution to claim 10 representing a payment of 8.83 % per court order. | 7100-000 | | $126.07 | $158,787.63 |
| 04/08/15 | 1017 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL  33131-1605 | Final distribution to claim 11 representing a payment of 8.83 % per court order. | 7100-000 | | $138.31 | $158,649.32 |
| 04/08/15 | 1018 | FSB American Express Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Final distribution to claim 12 representing a payment of 8.83 % per court order. | 7100-000 | | $77.81 | $158,571.51 |
| 04/08/15 | 1019 | FSB American Express Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Final distribution to claim 13 representing a payment of 8.83 % per court order. | 7100-000 | | $163.74 | $158,407.77 |
| 04/08/15 | 1020 | Ridgestone Bank<br>c/o Chuhak & Tecson, P.C.<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL  60606 | Final distribution to claim 14 representing a payment of 8.83 % per court order. | 7100-000 | | $93,727.64 | $64,680.13 |
| 04/08/15 | 1021 | N. A. FIA CARD SERVICES<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC  27410 | Final distribution to claim 15 representing a payment of 8.83 % per court order. | 7100-000 | | $220.11 | $64,460.02 |

Page Subtotals: $0.00   $96,040.83

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-12757 | Trustee Name: GREGG SZILAGYI |
| Case Name: DONALD L CHATMAN | Bank Name: Associated Bank |
| LINDA C CHATMAN | Account Number/CD#: XXXXXX0856 |
| | CHECKING ACCOUNT |
| Taxpayer ID No: XX-XXX8936 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/01/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/08/15 | 1022 | Bensenville Properties, LLC<br>c/o Hayes Lango LLP<br>4256 N. Ravenswood Ave. #217<br>Chicago, IL 60613 | Final distribution to claim 16 representing a payment of 8.83 % per court order. | 7100-000 | | $20,333.49 | $44,126.53 |
| 04/08/15 | 1023 | Chicago Franchise Systems, Inc.<br>c/o Robert L. Caplan<br>444 Naperville Road<br>Clarendon Hills, IL 60514-2815 | Final distribution to claim 18 representing a payment of 8.83 % per court order. | 7100-000 | | $5,257.37 | $38,869.16 |
| 04/08/15 | 1024 | Chicago Beef, Inc.<br>c/o Robert L. Caplan<br>444 Naperville Road<br>Clarendon Hills, IL 60514-2815 | Final distribution to claim 19 representing a payment of 8.83 % per court order. | 7100-000 | | $16,814.02 | $22,055.14 |
| 04/08/15 | 1025 | Greco/Reggi Addison, LLC<br>Edwards Wildman Partner LLP,<br>c/o Marcia K. Owens<br>225 West Wacker, Suite 3000<br>Chicago, IL 60606 | Final distribution to claim 20 representing a payment of 8.83 % per court order. | 7100-000 | | $18,230.52 | $3,824.62 |
| 04/08/15 | 1026 | James W. Corbett<br>Attorney at Law<br>1645 W. School Street Apt. 314<br>Chicago, IL 60657 | Final distribution to claim 21 representing a payment of 8.83 % per court order. | 7100-000 | | $1,470.84 | $2,353.78 |
| 04/08/15 | 1027 | Hinshaw Culberton<br>222 N. LaSalle Street<br>Suite 300<br>Chicago, IL 60601 | Final distribution to claim 24 representing a payment of 8.83 % per court order. | 7100-000 | | $306.26 | $2,047.52 |
| 04/08/15 | 1028 | N. A. FIA CARD SERVICES<br>P O Box 982284<br>El Paso, TX 79998-2238 | Distribution | | | $2,047.52 | $0.00 |
| | | N. A. FIA CARD SERVICES | Final distribution to claim 25    ($206.98) representing a payment of 8.83 % per court order. | 7100-000 | | | |
| | | N. A. FIA CARD SERVICES | Final distribution to claim 26    ($1,620.44) representing a payment of 8.83 % per court order. | 7100-000 | | | |
| | | N. A. FIA CARD SERVICES | Final distribution to claim 27    ($220.10) representing a payment of 8.83 % per court order. | 7100-000 | | | |

Page Subtotals:    $0.00    $64,460.02

|  | | |
|---|---:|---:|
| COLUMN TOTALS | $340,811.24 | $340,811.24 |
| Less: Bank Transfers/CD's | $229,811.24 | $0.00 |
| Subtotal | $111,000.00 | $340,811.24 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $111,000.00 | $340,811.24 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0856 - CHECKING ACCOUNT | $111,000.00 | $340,811.24 | $0.00 |
| XXXXXX6169 - MONEY MARKET ACCOUNT | $237,008.83 | $7,197.59 | $0.00 |
|  | $348,008.83 | $348,008.83 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $348,008.83 |
| Total Gross Receipts: | $348,008.83 |

Page Subtotals:     $0.00     $0.00